

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,503-01

### EX PARTE JASON JERMAINE COOK, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 19739-A IN THE 369TH DISTRICT COURT
### FROM CHEROKEE COUNTY

*Per curiam*.

### O R D E R

Applicant pleaded guilty to two counts of driving while intoxicated with a child passenger. TEX. PENAL CODE § 49.045. He was sentenced to ten years' imprisonment on each count. He did not appeal his convictions. He filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends, among other things, that he was sentenced to multiple punishments in violation of the Double Jeopardy Clause. We order that this application be filed and set for submission to determine what the allowable unit of prosecution is under § 49.045 and whether Applicant was sentenced to multiple punishments in violation of the Double Jeopardy Clause. The parties shall brief these issues.

Applicant appears to be represented by counsel. If not, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him. *See* TEX. CODE CRIM. PROC. art. 26.04. Within sixty days from the date of this order, the trial court shall send to this Court a supplemental transcript containing a confirmation that Applicant is represented by counsel, the order appointing counsel, or a statement that Applicant is not indigent or does not want to be represented by counsel. All briefs shall be filed with this Court within ninety days from the date of this order.

Filed: February 10, 2021
Do not publish